UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 07-CR-12

     v.

JAMES D. BRADLEY,

       Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the plea agreement filed by the parties, and upon consideration of the guilty plea of the James D. Bradley to Counts One and Two of the Indictment, this Court finds that James D. Bradley agrees to forfeit the properties listed in the forfeiture provision of the Indictment filed on January 17, 2007, and the properties listed in paragraphs 27 and 28 of the plea agreement;

IT IS HEREBY ORDERED that the properties described below are hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 942(d):

1. Approximately $14,845.00 in United States currency seized from the property at 1890 89th Street, Apartment 105, Kenosha, on May 22, 2006.

2. A loaded Cobra, model 38 Special, .38 caliber revolver with serial number 6590.

3. A loaded Intratec, model TEC-DC9, 9mm semi automatic pistol with serial number D067124.

4. A loaded Taurus, model 44 Magnum revolver with serial number 6895.

5. A loaded Heckler & Koch, model USP Tactical .45 caliber pistol with serial number 25-075719.

6. A loaded Fratelli Tanfoglio, model TZ75, 9mm pistol with serial number H25956.

7. A Browning .308 lever action rifle with serial number 14648RT127.

8. A HiPoint, model 995, 9mm rifle with serial number A86110.

9. A loaded SKS 7.62mm rifle with serial number S134277-2001.

10. A loaded EA Co. Model J-15, .223 rifle with serial number 45893.

11. Approximately $1,180.00 in United States currency seized by the Waukegan Police Department on May 22, 2006.

12. One blue Cadillac, four door sedan motor vehicle, vehicle identification number 1G6DW6988P9727051.

IT IS FURTHER ORDERED that the above items shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in his Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2007.

s/ Rudolph T. Randa

HON. RUDOLPH T. RANDA
Chief Judge