**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                                     Case No. 07-CR-12

JAMES D. BRADLEY,

       Defendant.

_____

**FINAL ORDER AND JUDGMENT**

The court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Nelson W. Phillips III, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 942(d) have been satisfied,

IT IS ORDERED, pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 942(d), that the United States of America has clear title to the following properties and may dispose of the properties according to law:

1. Approximately $14,845.00 in United States currency seized from the property located at 1890 89th Street, Apartment 105, Kenosha, on May 22, 2006.

2. A loaded Cobra, model 38 Special, .38 caliber revolver with serial umber 6590.

3. A loaded Intratec, model TEC-DC9, 9mm semi automatic pistol with serial number D067124.

4. A loaded Taurus, model 44 Magnum revolver with serial number 6895.

5. A loaded Heckler & Koch, model USP Tactical .45 caliber pistol with serial number 25-075719.

6. A loaded Fratelli Tanfoglio, model TZ75, 9mm pistol with serial number H25956.

7. A Browning .308 lever action rifle with serial number 14648RT127.

8. A HiPoint, model 995, 9mm rifle with serial number A86110.

9. A loaded SKS 7.62mm rifle with serial number S134277-2001.

10. A loaded EA Co. Model J-15, .223 rifle with serial number 45893.

11. Approximately $1,180.00 in United States currency seized by the Waukegan Police Department on May 22, 2006.

12. One blue Cadillac, four door sedan motor vehicle, vehicle identification number 1G6DW6988P9727051.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2008.

 s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief United States District Judge

2

Case 2:07-cr-00012-RTR   Filed 01/10/08   Page 2 of 2   Document 37